UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SAM JACKSON | * | CIVIL ACTION |
| VERSUS | * | NO. 25-1673 |
| SGT. B. NERO, ET AL. | * | SECTION "H" (2) |

## **ORDER AND REASONS**

On August 15, 2025, the undersigned denied without prejudice Plaintiff Sam Jackson's Motion for Leave to Proceed *in forma pauperis* for failure to provide full and complete information regarding his assets and monthly expenses. ECF No. 3. Plaintiff has filed a second *Ex Parte*/Consent Motion for Leave to Proceed *in forma pauperis* providing one additional piece of information (i.e., the amount of his SSDI), but again fails to provide any substantive response with regard to monthly expenses or debts. *Compare* ECF No. 4, *with* ECF No. 2.

Although Plaintiff now indicates that he receives $840 per month in SSDI and has no other assets, he indicates that he has -0- regular monthly expenses (e.g., transportation, housing, utilities, loan payments) and has -0- debts or financial obligations. See ECF No. 4 ¶¶ 6, 8. Although $10,080 annual income is below national poverty level guidelines[1] and thus suggests that Plaintiff should be able to qualify for *in forma pauperis* status, his continued failure to specify any monthly expenses and debts and recent assertion that he has zero monthly expenses, debts or other financial obligations precludes the Court from determining that he in fact does qualify for *in forma pauperis* status pursuant to 28 U.S.C. § 1915.[2] Accordingly,

IT IS ORDERED that Plaintiff's application is DENIED WITHOUT PREJUDICE to the right to re-file. If Plaintiff re-files another motion, he MUST fully complete the attached long form

---

[1] https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines
[2] *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988) (holding that assessment of in forma pauperis motion requires review of demands on plaintiff's financial resources, including whether expenses are discretionary or mandatory).

1

affidavit disclosing all financial information, including the specific amounts of any monthly expenses or liabilities, as necessary for this Court to determine whether he qualifies for *in forma pauperis* status.

New Orleans, Louisiana, this __20th__ day of August, 2025.

                                                                DONNA PHILLIPS CURRAULT
                                                                UNITED STATES MAGISTRATE JUDGE