UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SAM JACKSON** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 25-1673** |
| **SERGEANT B. NERO, ET AL.** | * | **SECTION "H" (2)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore, the foregoing reasons,

**IT IS ORDERED** that Plaintiff Sam Jackson's *Bivens* and § 1983 claims against Anthony Jackson, Shawnlisa Bridges, and Ronnie Costa is **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief may be granted and for being legally frivolous.

**IT IS FURTHER ORDERED** that the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims against Jackson, Bridges and Costa, and that those state law claims is **DISMISSED WITHOUT PREJUDICE** in accordance with 28 U.S.C. § 1367(c)(3).

**IT IS FURTHER ORDERED** that Plaintiff Sam Jackson's § 1983 claims against Officer D. Williams, Sergeant B. Nero, and Lieutenant Y. M. Jenkins based on their alleged insults and threats is **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief may be granted and for being legally frivolous.

**IT IS FURTHER ORDERED** that Plaintiff Sam Jackson's § 1983 false arrest claim against Sergeant B. Nero is **DISMISSED** for failing to state a claim upon which relief may be granted and for being legally frivolous.

New Orleans, Louisiana, this 24th day of October, 2025.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**